IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMRITPAL SINGH                                    :
                                                  :          CIVIL ACTION
                          v.                      :
                                                  :          NO. 20-1921
DAVID J. AVERETT, ESQ. and                        :
LAW OFFICES OF DAVID J. AVERETT,                  :
P.C.                                              :

## ORDER

**AND NOW**, this 31st day of July 2020, upon consideration of Defendants' Motion to

Dismiss Amended Complaint (ECF No. 8) and Plaintiff's response thereto (ECF No. 10), it is

**ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                  **BY THE COURT:**


                                                  **/s/ R. Barclay Surrick**
                                                  **R. BARCLAY SURRICK, J.**